# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL BELTRAN-RANGEL (1),<br><br>　　　　Defendant. | Case No. 19CR0320-H<br><br>Booking No. 07321-408<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　Based upon the motion of the United States, the Court grants the government's unopposed motion to dismiss without prejudice the Indictment in the above entitled case against Defendant Miguel Angel Beltran-Rangel. The defendant is hereby discharged as to this case only and the order committing the Defendant to the custody of the Attorney General pursuant to Title 18 U.S.C. § 4241(d) is vacated.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: May 1, 2019

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-